# Order

Michigan Supreme Court
Lansing, Michigan

July 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152444(52)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

LADORA CHANTELL SNELL,
          Defendant-Appellant.
_____/

SC: 152444
COA: 319856
Genesee CC: 12-031984-FC

On order of the Chief Justice, the motion of defendant-appellant to file an amended application for leave to appeal is GRANTED. The amended application shall be submitted on or before July 29, 2016.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2016

Clerk